UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| PHILLIP PRICE | : | |
|     Plaintiff | : | |
| | : | Civil Action No. |
| v. | : | |
| | : | |
| CAPITOL GARAGE, INCORPORATED | : | |
|     Defendant | : | MARCH 5, 2024 |
| | : | |

## PETITION FOR REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Defendant Capitol Garage, Incorporated ("Defendant"), by and through its undersigned counsel, and pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, hereby gives notice of the removal of this action pending in the Superior Court Judicial District of New London, Connecticut, to the United States District Court for the District of Connecticut. In support of removal, Defendant states as follows:

### The State Court Action

1.     On or about February 16, 2024, an action was commenced against Capitol Garage, Incorporated in the Superior Court Judicial District of New London, in the State of Connecticut, captioned Phillip Price v. Capitol Garage, Incorporated, KNL-CV24-6066025-S ("State Action"), by service of process on Defendant's agent for service in Connecticut.

2.     Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings and orders served upon Defendant in the State Action is attached hereto as **Exhibit A.**

**Grounds for Removal: Federal Question Jurisdiction**

3.      This case is a civil action over which this Court has jurisdiction pursuant to 28 U.S.C. § 1331 and is one that may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441.

4.      This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1331, which provides that the federal district courts shall have original jurisdiction over actions arising under federal law, because Plaintiff's Complaint asserts claims under the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 621 et seq., Title VII of the Civil Rights Act of 1964 § 701 et seq., as amended, 42 U.S.C. § 2000e and the Civil Rights Act of 1991, which arise under the laws of the United States.

5.      This Court further has supplemental jurisdiction over the claims asserted by Plaintiff under Connecticut state law pursuant to 28 U.S.C. § 1367 because such claims share a common nucleus of operative fact with the claims asserted under the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 621 et seq., Title VII of the Civil Rights Act of 1964 § 701 et seq., as amended, 42 U.S.C. § 2000e and the Civil Rights Act of 1991.

6.      Therefore, this Court has jurisdiction over the claims made by Plaintiff, and removal is appropriate.

7.      The service of process on Defendant's agent taking place on February 16, 2024, was Defendant's first receipt of the process in the State Action. Thus, the Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) because it is filed within thirty (30) days of Defendant's receipt of the initial pleading in the State Action.

## Compliance with Procedural Requirements

8.      Defendant is the only defendant that has been served in this matter. Thus, no other defendants must join in or consent to the removal of this matter. See 28 U.S.C. § 1446(b)(2)(A).

9.      Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in the United States District Court for the District of Connecticut because the county from which the State Action is being removed lies within the State of Connecticut.

10.     Notice of this Petition will be filed promptly with the Superior Court for the Judicial District of New London, as required by 28 U.S.C. § 1446(d).

## Conclusion

Having fulfilled all statutory requirements, Defendant Capitol Garage, Incorporated removes this action to this Court from the Superior Court Judicial District of New London, Connecticut, and requests that this Court assume jurisdiction over this matter as provided by law.

DEFENDANT,
CAPITOL GARAGE, INCORPORATED

By:*/s/ James F. Shea*
        James F. Shea (ct16750)
        James.Shea@jacksonlewis.com
        Michael P. Lewis (ct31268)
        Michael.Lewis@jacksonlewis.com
        Jackson Lewis P.C.
        90 State House Square, 8th Floor
        Hartford, CT 06103
        P: (860) 522-0404
        F: (860) 247-1330

3

## <u>CERTIFICATION OF SERVICE</u>

I hereby certify that on March 5, 2024, a copy of foregoing was served by

electronic mail on the following counsel of record:

> John E. Sheer
> Lorenzo J. Cicchiello
> Law Offices of Cicchiello & Cicchiello, LLC
> 582 West Main St.
> Norwich, CT 06360
> john.cnc.attorneys@gmail.com
> lorenzo.cicchiello@yahoo.com

> */s/ Michael P. Lewis*
> Michael P. Lewis